## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENNEL GIBSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:25-cv-467-ILRL-JVM |
| | ) |
| IC SYSTEM INC and TRANS UNION LLC, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR LEAVE
### TO FILE FIRST AMENDED COMPLAINT

Plaintiff respectfully moves the Court, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, for leave to file an Amended Complaint, a copy of which is attached hereto as **Exhibit 1**. Accordingly, Plaintiff seeks the Court's leave to amend, which should be granted for the reasons set forth below.

### STATEMENT OF FACT

Plaintiff's Complaint was filed on March 10, 2025 (Dkt. #1) alleging damages pursuant to the Fair Credit Reporting Act and the Fair Debt Collection Practices Act. Pending before the Court is Defendant Trans Union LLC's Motion to Dismiss Plaintiff's Complaint filed April 18, 2025 (Dkt. #7).

1

# ARGUMENT

## I. PLAINTIFF HAS MET THE STANDARD FOR OBTAINING LEAVE TO FILE AN AMENDED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)

Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." In the case at issue, Defendant Trans Union LLC is not opposed to the Motion to Amend, as reflected by the Certificate of Conference herein. Accordingly, in the interest of justice and consistent with the liberal standard that applies to motions to amend under Rule 15(a)(2), this Court should grant Plaintiff's motion for leave to file the proposed amended complaint.

## CONCLUSION

For the reasons outlined above, Plaintiff respectfully requests that this Court grant Plaintiff's motion for leave to file the proposed amended complaint.

Respectfully submitted,

Dated: April 28, 2025

By: s/ Tiffany Hill
Tiffany Hill, Esq. (LA #29249)
TH Legal Consulting LLC
201 Rue Beauregard, Ste 202
Lafayette, LA 70508
(405) 456-9406
thlegalconsulting@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

Tiffany Hill, Esq., counsel for Plaintiff, emailed Matthew McCluer, Esq., counsel for Defendant Trans Union LLC on April 28, 2025 regarding the relief requested in this Motion and provided a copy of the proposed Exhibit that Plaintiff included in her amended Complaint to substantiate her allegation regarding the inaccuracy. Counsel for Defendant Trans Union LLC is not opposed to Plaintiff's Motion for Leave to File an Amended Complaint.[1]

s/ Tiffany Hill<br>Tiffany Hill, Esq. (LA Bar #29249)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document, using the electronic case filing system of the Court and a copy of the foregoing was served upon all parties of record via CM/ECF.

Dated: April 28, 2025              s/ Tiffany Hill
                                   Tiffany Hill, Esq.

---

[1] Defendant IC System Inc has not entered an appearance in this matter.